PROB 22

Docket No. (Transferring Court) 4:02CR3108
Docket No. (Receiving Court) __

# TRANSFER OF JURISDICTION

Name and Address of Probationer/Supervised Releasee:
**Jesus SILVA-CRUZ**

| | |
|---|---|
| District: **Nebraska** | Division: **Omaha** |

Name of Sentencing Judge: The Honorable Warren K. Urbom
Senior U.S. District Judge

Dates of Probation/Supervised Release -   From: February 6, 2006
To:   February 5, 2009

Offense:   Possession With Intent to Distribute Cocaine
21 U.S.C. 841(a)(1) and 841(b)(1)

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

_____                    _____
Date                                                        The Honorable Warren K. Urbom
                                                                    Senior U.S. District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Southern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                    _____
Effective Date                                         United States ~~District~~ Magistrate Judge