P49540/R. Gonzalez

REQUEST FOR COURT ACTION / DIRECTION

**07 CRIM. 577**

TO: Jim Molinelli
Miscellaneous Court Clerk

OFFENSE: Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. 841(a)(1), and 841(b) (1), a Class B Felony.

ORIGINAL SENTENCE: Forty-six (46) months imprisonment followed by three (3) years of supervised release.

FROM: Raymond L. Gonzalez
U.S. Probation Officer

SPEC. CONDITIONS: The defendant shall be subjected to the search of the defendant's premises, vehicle or person, day or night, with or without a warrant. The defendant shall comply with all rules and regulations of the Bureau of Immigration Customs Enforcement. The defendant will participate in a program approved by the U.S. Probation Office for the treatment of substance abuse, which program may include testing to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant will be required to contribute to the cost of services rendered(co-pay) in an amount to be determined by the probation officer, based on ability to pay or availability of third party payment.

AUSA: Richard Zabel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 27 2007

RE: Silva-Cruz, Jesus
Docket # 4:02 CR 3108(WKU)

DATE OF SENTENCE: February 1, 2006

DATE: June 1, 2007

ATTACHMENTS:  PSI X    JUDGMENTS X    PREVIOUS REPORTS __
VIOLATION  PETITION

REQUEST FOR:    WARRANT____    SUMMON____    COURT DIRECTION  X

**TRANSFER OF JURISDICTION**

On February 1, 2006, Jesus Silva-Cruz was sentenced by the Honorable Warren K. Urban, Senior United States District for the District of Nebraska to forty-six (46) months imprisonment to be followed by a three (3) year term of supervised release. The United States Probation Office for the Southern District of New York has supervised the offender since his release on February 4, 2006.

On January 30, 2007, we received a letter from the District of Nebraska advising that the Honorable Warren K. Urbom, Senior United States District Judge for the District of Nebraska, signed the Transfer of Jurisdiction (Probation Form 22) authorizing Mr. Silva-Cruz's transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated.

                                    Respectfully submitted,

                                    CHRIS J. STANTON
                                    Chief U.S. Probation Officer

By:      _____
               Raymond L. Gonzalez
               U.S. Probation Officer
               212-805-5124

Approved By:    _____
                     Charles T. Herman      Date
                     Supervising U.S. Probation Officer